# IN THE SUPREME COURT OF THE STATE OF NEVADA

KAL-MOR-USA, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                    Appellant,
                vs.
JPMORGAN CHASE BANK, N.A., A
FOREIGN CORPORATION,
                    Respondent.

No. 73400

**FILED**

AUG 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
            DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court summary judgment in an action to quiet title. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

This matter was docketed in this court on July 7, 2017, over one year ago. On June 13, 2018, this court entered an order disapproving the parties' stipulation requesting a fourth extension of time to file the opening brief and appendix, and we directed appellant to file and serve the opening brief and appendix by June 25, 2018. Our order cautioned that failure to comply could result in the dismissal of this appeal. *See* NRAP 31(d)(1).

To date, appellant has failed to file the opening brief and appendix or to otherwise communicate with this court. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
          Pickering

_____ J.           _____, J.
          Gibbons                                  Hardesty

18- 29797

cc:   Hon. Joanna Kishner, District Judge
Janet Trost, Settlement Judge
Law Offices of Raffi A. Nahabedian
Smith Larsen & Wixom
Eighth District Court Clerk